UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREHANA CLEMMONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNBERRY TRANSITIONAL CARE, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00662-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(Doc. 6) |

　　　　Plaintiff Trehana Clemmons proceeds pro se and in forma pauperis in this civil action initiated on June 2, 2025. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 11, 2025, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendation recommending that this action be dismissed without leave to amend because plaintiff's complaint is frivolous. Doc. 6. The findings and recommendations were served on petitioner and contained noticed that any objections were to be filed within twenty-one days. On June 16, 2025, plaintiff filed a document entitled "Additional Defendants List" that does not address the substance of the findings and recommendations. Doc. 7.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

1

novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 11, 2025, Doc. 6, are adopted in full;
2. This action is dismissed without leave to amend because plaintiff's complaint is frivolous; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 11, 2025

UNITED STATES DISTRICT JUDGE